# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 182

| | |
|---|---|
| **NAJIYYAH AVERY,** as *Administrator of the Estate of* Jai Lateef Solveig Williams, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CITY OF ASHEVILLE, NC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Before the Court is the amended motion for *pro hac vice* admission [# 4] filed by George D. Pappas, counsel for Plaintiff Najiyyah Avery.

Upon review of the motion, it appears David Capasso is a member in good standing with the Louisiana Bar and will be appearing with George D. Pappas, a member in good standing with the Bar of this Court [*See* # 2]. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 4]. The Court **ADMITS** David Capasso to practice *pro hac vice* before the Court while associated with local counsel. Further, the Court **DISMISSES** the previous motion [# 2] as now moot.

Signed: July 9, 2018

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge