# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00182-MR-WCM

| | |
|---|---|
| THE ESTATE OF JAI LATEEF SOLVEIG WILLIAMS, ) ) ) Plaintiff, ) ) vs. ) ) SERGEANT KELLY TYLER ) RADFORD, et al., ) ) Defendants. ) _____ ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court *sua sponte*.

On January 7, 2019, the Court entered an Order allowing Plaintiff's counsel to withdraw and directing Terrie Williams, the Administrator of the Plaintiff Estate, to retain new counsel within thirty (30) days. Ms. Williams was specifically warned that the failure to obtain new counsel would result in the dismissal of this action without prejudice. [Doc. 17]. On February 5, 2019, Ms. Williams sought an extension of time within which to retain counsel. The Court granted Ms. Williams' motion and gave her an additional thirty (30) days to retain counsel for the Estate. [Doc. 19]. Ms. Williams

was again warned that failure to obtain new counsel would result in the dismissal of this action without prejudice. [Id. at 2].

More than thirty (30) days have now passed, and counsel has not made an appearance on behalf of the Plaintiff Estate within the time required. As the Court has previously noted, the Plaintiff Estate cannot proceed in this action *pro se*. [See Doc. 17 at 3-4]. Accordingly, the Court will dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 20, 2019

Martin Reidinger
United States District Judge